Supreme Court, Kings Special Term, November, 1898. Unreported.

In the Matter of the Petition of HENRY H. LYMAN to Revoke a Liquor Tax Certificate of the MALCOLM BREWING COMPANY.

A motion by State Commissioner Lyman to revoke and cancel a liquor tax certificate issued to the Malcolm Brewing Company was denied to-day by Justice Smith in Supreme Court, special term. The certificate authorized the defendant to traffic in liquors on the premises inside the ball grounds known as the Washington Park Base Ball Grounds, and the bar was to be situated on the north side of Third street, 350 feet east of Third

avenue.  Not only was liquor sold here, but also three hundred feet away at the north end of the grand stand and separated by a gate and fence.  Evidence was given that the brewing company sublet the privilege of selling liquors to one Henry Stevens.

Mead & Stranahan, for petitioner.

J. F. Bullwinkle, for respondent.

SMITH, J. S. C.  I think that the violations of the provisions of the Liquor Tax Law which authorize the forfeiture of the certificate must be such a violation as would justify the criminal conviction of the holder of the tax certificate.  The violation complained of was committed by one Stevens.  Upon the undisputed evidence, I think Stevens was selling liquor by virtue of the certificate as agent of the Malcolm Brewing Company; but there is no evidence whatever that the sales complained of as a violation of the Liquor Tax Law were made with the consent or knowledge of the brewing company or by its authority.  In the absence of such evidence, there could be no criminal conviction of the Malcolm Brewing Company for such violation.